Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants UNUM Group and
Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10, <br><br>Defendants. | Case No.: 2:20-cv-01948-JCM-BNW <br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM") and Defendant Colonial Life & Accident Insurance Company ("Colonial Life"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants UNUM and Colonial Life to respond to Plaintiffs' Complaint (ECF No. 1). UNUM's response to Plaintiffs' Complaint is currently due November 16, 2020 and Colonial Life's response to Plaintiffs' Complaint is currently due November 18, 2020.  UNUM and Colonial

Life request an extension of time up to and including December 9, 2020 in which to respond as Plaintiff Schoenwald and her counsel are contemplating amending the Complaint. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 13th day of November 2020.   DATED this 13th day of November, 2020.

CLAGGETT & SYKES LAW FIRM   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joseph N. Mott*   /s/ *Dana B. Salmonson*

Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane
Ste. 100
Las Vegas, NV  89107
*Attorneys for Plaintiff Heather Schoenwald*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

DATED this 13th day of November 2020.

LAGOMARSINO LAW

/s/ *Andre M. Lagomarsino*

Andre M. Lagomarsino
Nevada Bar No. 6711
Daven P. Cameron
Nevada Bar No. 14179
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV  89052
*Attorneys for Plaintiff Tom Koch*

### ORDER

**IT IS SO ORDERED**

**DATED:** 6:30 pm, November 17, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2