Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants UNUM Group and
Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10, <br><br> Defendants. | Case No.: 2:20-cv-01948-JCM-BNW <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM"), Defendant Colonial Life & Accident Insurance Company ("Colonial Life"), and Defendant Scott Webb ("Webb") by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants UNUM and Colonial Life to respond to Plaintiffs' Complaint (ECF No. 1).  UNUM and Colonial Life's responses to Plaintiffs' Complaint are currently due December 9, 2020.  UNUM and Colonial Life request an extension of time up to

and including December 30, 2020 in which to respond as Plaintiff Schoenwald and her counsel continue contemplating amending the Complaint. This is the parties' second request for an extension of time. The first request was filed on November 13, 2020 (ECF No. 6) and granted on November 17, 2020 (ECF No. 7).

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 8th day of December, 2020.

CLAGGETT & SYKES LAW FIRM

/s/ *Joseph N. Mott*
Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane
Ste. 100
Las Vegas, NV 89107
*Attorneys for Plaintiff Heather Schoenwald*

DATED this 8th day of December, 2020.

LAGOMARSINO LAW

/s/ *Andre M. Lagomarsino*
Andre M. Lagomarsino
Nevada Bar No. 6711
Daven P. Cameron
Nevada Bar No. 14179
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV 89052
*Attorneys for Plaintiff Tom Koch*

DATED this 8th day of December, 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

DATED this 8th day of December 2020.

MCNUTT LAW FIRM P.C.

/s/ *Daniel R. McNutt*
Daniel R. McNutt
Nevada Bar No. 7815
Matt Wolf
Nevada Bar No. 10801
625 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Defendant Scott Webb*

## ORDER
**IT IS SO ORDERED**

**DATED:** 4:57 pm, December 11, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2