Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants UNUM Group and*
*Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No.:  2:20-cv-01948-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM"), Defendant Colonial Life & Accident Insurance Company ("Colonial Life") and Defendant Scott Webb ("Webb"), by and through their respective counsel of record, hereby request and stipulate to continue the date of the Early Neutral Evaluation Session ("ENE") (ECF 9) which is currently set for January 13, 2021 at 10:00 a.m.  This is the parties' first request for an extension of time.  Colonial Life and UNUM's corporate representative is unable to attend on January 13, 2021.  Additionally, Counsel for Defendant Webb has recently filed a Suggestion of Death (ECF

11) with the Court and Plaintiff Schoenwald and her counsel have indicated that she will be amending several of her allegations contained in the Complaint. Therefore, the parties request that the ENE be rescheduled for one of the following dates: February 16, 2021; February 17, 2021; or February 26, 2021.

This Stipulation is made in good faith and is not intended for purposes of delay.

| DATED this 21st day of December 2020. | DATED this 21st day of December, 2020. |
|---|---|
| CLAGGETT & SYKES LAW FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Joseph M. Mott* | */s/ Dana B. Salmonson* |
| Sean K. Claggett<br>Nevada Bar No. 8407<br>Joseph N. Mott<br>Nevada Bar No. 12455<br>4101 Meadows Lane<br>Ste. 100<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff Heather Schoenwald* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company* |
| DATED this 21st day of December 2020.<br>LAGOMARSINO LAW | DATED this 21st day of December 2020. |
| */s/ Andre M. Lagomarsino* | MCNUTT LAW FIRM P.C. |
| Andre M. Lagomarsino<br>Nevada Bar No. 6711<br>Daven P. Cameron<br>Nevada Bar No. 14179<br>3005 W. Horizon Ridge Parkway<br>Suite 241<br>Henderson, NV 89052<br>*Attorneys for Plaintiff Tom Koch* | */s/ Daniel R. McNutt*<br>Daniel R. McNutt<br>Nevada Bar No. 7815<br>625 S. Eighth Street<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Scott Webb* |

## **ORDER**

IT IS SO ORDERED. The ENE will be rescheduled to February 16, 2021 at 10:00 AM. The confidential statement is due by 4:00 PM, February 9, 2021. Each party must then send an invitation link for the ENE to VCF_Chambers@nvd.uscourts.gov by February 9, 2021. Each party must contact chambers (702-464-5540) by February 9, 2021 and be prepared to do a test run of the video conference with chambers on February 10, 2021. All else as stated in the order setting the ENE (ECF No. 9) remains unchanged.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 12-21-2020

2