Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants UNUM Group and
Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01948-JCM-BNW<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM"), Defendant Colonial Life & Accident Insurance Company ("Colonial Life"), and Defendant Scott Webb ("Webb") by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants UNUM and Colonial Life to respond to Plaintiffs' Complaint (ECF No. 1).  UNUM and Colonial Life's responses to Plaintiffs' Complaint are currently due December 30, 2020.  UNUM and Colonial Life request an extension of time up to and including January 27, 2021 in which to respond as Plaintiff Schoenwald and her counsel have represented that she will be amending her Complaint, and responding to the initial Complaint (ECF No. 1) would be

unnecessary.[1] This is the parties' third request for an extension of time. The first request was filed on November 13, 2020 (ECF No. 6) and granted on November 17, 2020 (ECF No. 7). The second request was filed on December 8, 2020 (ECF No. 12) and granted on December 11, 2020 (ECF No. 13).

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 30th day of December, 2020.

CLAGGETT & SYKES LAW FIRM

/s/ *Joseph N. Mott*

Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
*Attorneys for Plaintiff Heather Schoenwald*

DATED this 30th day of December, 2020.

LAGOMARSINO LAW

/s/ *Andre M. Lagomarsino*

Andre M. Lagomarsino
Nevada Bar No. 6711
Daven P. Cameron
Nevada Bar No. 14179
3005 W. Horizon Ridge Parkway, Suite 241
Henderson, NV 89052
*Attorneys for Plaintiff Tom Koch*

DATED this 30th day of December, 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

DATED this 30th day of December 2020.

MCNUTT LAW FIRM P.C.

/s/ *Daniel R. McNutt*

Daniel R. McNutt
Nevada Bar No. 7815
Matthew C. Wolf
Nevada Bar No. 10801
625 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Defendant Scott Webb*

## ORDER

**IT IS SO ORDERED**

**DATED:** 3:18 pm, January 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] All parties have agreed that Plaintiffs will be permitted to file an Amended Complaint. The parties have further stipulated that no new claims will be added as to decedent Scott Webb and/or his estate. The parties will be preparing and filing a subsequent stipulation and order requesting that this Court allow Plaintiffs to file an Amended Complaint pursuant to FRCP 15(a)(2).