Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,DefendantsDefendants. | Case No.:2:20-CV-01948-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF SCHOENWALD'S RESPONSE TO DEFENDANTS' PARTIAL DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' REPLY DEADLINES** |

Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM"), and Defendant Colonial Life & Accident Insurance Company ("Colonial Life"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiff Schoenwald to respond to Defendants' Motion for Partial Dismissal of Plaintiffs' Amended Complaint (Doc. No. 26).[1] Plaintiff Schoenwald's Response is currently due March 9, 2021, and the parties have

---

[1] Defendants did not move to dismiss Plaintiff Koch's single claim for retaliation.

- 1 -

1 agreed to extend the time up to and including March 23, 2021. Similarly,
2 Defendants' Reply Brief would be due on March 30, 2021. The parties also
3 agree to extend the deadline for Defendants to file their Reply up to and
4 including April 13, 2021. This is the parties first request for an extension of
5 time for Plaintiff Schoenwald to Respond to Defendants' Motion for partial
6 Dismissal and for Defendants to submit a Reply Brief.
7 / / /
8 / / /
9 / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24

- 2 -

Case No.:2:20-CV-01948-JCM-BNW

This Stipulation and Proposed Order for Extension of Time is made in good faith and is not intended for purposes of delay.

DATED this 2nd day of March, 2021.   DATED this 2nd day of March, 2021.

| CLAGGETT & SYKES LAW FIRM | LAGOMARSINO LAW |
|---|---|
| */s/* Joseph Mott | /s/ Andre Lagomarsino |
| Joseph N. Mott | Andre M. Lagomarsino |
| Nevada Bar No. 12455 | Nevada Bar No. 6711 |
| 4101 Meadows Lane, Suite 100 | Daven P. Cameron |
| Las Vegas, NV 89107 | Nevada Bar No. 14179 |
| *Attorneys for Plaintiff Heather Schoenwald* | 3005 W. Horizon Ridge Pkwy, #241 |
|  | Henderson, NV 89052 |
|  | *Attorneys for Plaintiff Tom Koch* |

DATED this 2nd day of March, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
/s/ Anthony Martin

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Pkwy., #1500
Las Vegas, NV 89169
*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

## **ORDER**

**IT IS HEREBY ORDERED** that the Parties' Stipulation for Extension of Time Regarding Defendants' Motion for Partial Dismissal of Plaintiffs' Amended Complaint is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 5, 2021

- 3 -