Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorneys for Plaintiff Tom Koch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,DefendantsDefendants. | Case No.:2:20-CV-01948-JCM-BNW <br><br> **STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **AND** <br><br> **PROPOSED ORDER** |

Pursuant to FRCP 15(a)(2), Plaintiff Heather Schoenwald ("Schoenwald"), Plaintiff Todd Koch ("Koch") (collectively, "Plaintiffs"), Defendant UNUM Group ("UNUM"), and Defendant Colonial Life & Accident

- 1 -

Insurance Company ("Colonial Life"), by and through their respective counsel of record, hereby request and stipulate and request leave of the Court allowing Plaintiffs to file the Proposed Second Amended Complaint, attached hereto as Exhibit "1."

After meeting and conferring in an attempt to resolve Defendants' Motion for Partial Dismissal of Plaintiffs' Amended Complaint (Doc No. 26), Schoenwald agreed to withdraw her claims against Defendants for Intentional Infliction of Emotional Distress and Wrongful Termination and file this Second Amended Complaint. Because the parties agree to stipulate to the filing of a Second Amended Complaint removing Plaintiff Schoenwald's Causes of Action for Intentional Infliction of Emotional Distress and Wrongful Termination in order to ensure that the case proceeds with as clean a record as possible, Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is moot.

By agreeing to Plaintiffs filing the Proposed Second Amended Complaint, Defendants UNUM and Colonial Life are not agreeing to the merits of any claim, the factual allegations in the Second Amended Complaint, or waiving any defenses they may wish to assert.

/ / /

/ / /

/ / /

The parties further stipulate and agree that Defendants UNUM and Colonial Life have twenty-one (21) day from the date the Second Amended Complaint is filed to respond accordingly.

DATED this 24th day of March, 2021.   DATED this 24th day of March, 2021.

| CLAGGETT & SYKES LAW FIRM | LAGOMARSINO LAW |
|---|---|
| */s/ Joseph Mott* | /s/ Andre Lagomarsino |
| Joseph N. Mott | Andre M. Lagomarsino |
| Nevada Bar No. 12455 | Nevada Bar No. 6711 |
| 4101 Meadows Lane, Suite 100 | Daven P. Cameron |
| Las Vegas, NV 89107 | Nevada Bar No. 14179 |
| *Attorneys for Plaintiff Heather Schoenwald* | 3005 W. Horizon Ridge Pkwy, #241 |
| | Henderson, NV 89052 |
| | *Attorneys for Plaintiff Tom Koch* |

DATED this 24th day of March, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
/s/ Dana B. Salmonson
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
3800 Howard Hughes Pkwy., #1500
Las Vegas, NV 89169
*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

### ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation for Leave to File the Proposed Second Amended Complaint is **GRANTED**.

/ / /

/ / /

/ / /

- 3 -

Case No.:2:20-CV-01948-JCM-BNW

**IT IS FURTHER ORDERED** that Defendants UNUM and Colonial Life will have twenty-one (21) days from the date the Second Amended Complaint is filed to respond accordingly.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to detach pages 5–29 of ECF No. 35 and docket them as an amended complaint.

**IT IS SO ORDERED**

**DATED:** 10:41 am, March 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**