Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants UNUM Group and
Colonial Life & Accident Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No.:  2:20-cv-01948-JCM-BNW<br><br>**STIPULATION AND ORDER<br>TO EXTEND DEADLINE FOR<br>DEFENDANTS' REPLY IN SUPPORT OF<br>MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendants UNUM Group and Colonial Life & Accident Insurance Company (collectively, "Defendants") and Plaintiff Tom Koch ("Plaintiff), by and through undersigned counsel, hereby request the Court for a brief extension of time to file the Reply in support of Defendants' Motion for Summary Judgment in this matter.

Currently, the deadline for Defendants' Reply is July 5, 2023.  Given the upcoming Fourth of July holiday and Defendants' client contact will be out of town, Defendants are requesting an extension of time, up to and including July 14, 2023, in which to respond.

Additionally, the Joint Pretrial order deadline shall be suspended until thirty (30) days after a ruling in the dispositive motion is entered.

This Stipulation is made in good faith and is not intended for purposes of delay.

| DATED this 26th day of June, 2023. | DATED this 26th day of June, 2023. |
|---|---|
| LAGOMARSINO LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Cory M. Ford* | /s/ *Dana B. Salmonson* |
| Andre M. Lagomarsino<br>Nevada Bar No. 6711<br>Cory M. Ford<br>Nevada Bar No. 15042<br>3005 W. Horizon Ridge Parkway<br>Suite 241<br>Henderson, NV  89052<br>*Attorneys for Plaintiff Tom Koch* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135<br>*Attorneys for Defendants UNUM Group and Colonial Life & Accident Insurance Company* |

DATED this 26th day of June, 2023.

HATFIELD AND ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield
Nevada Bar No. 7373
703 S. 8th Street
Las Vegas, 89101
*Attorney for Plaintiff Heather Schoenwald*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

June 28, 2023
_____
DATED