Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendants UNUM Group and
Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10, <br><br> Defendants. | Case No.:  2:20-cv-01948-JCM-BNW <br><br> **MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Dana B. Salmonson be removed from the instant action as an attorney of record for Defendants UNUM Group and Colonial Life & Accident Insurance Company ("Defendants") as Ms. Salmonson is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case.  Defendant will continue to be represented by Anthony L. Martin.

/ / /

/ / /

/ / /

Anthony L. Martin also respectfully requests that Ms. Salmonson be removed from the CM/ECF filing notification in this matter.

DATED this 19th day of September, 2023.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorney for Defendants UNUM Group and Colonial Life & Accident Insurance Company*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/20/2023

2

58293175.v1-OGLETREE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Andre M. Lagomarsino
Cory M. Ford
Trevor J. Hatfield

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Andre M. Lagomarsino
Cory M. Ford
Lagomarsino Law
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV  89052
*Attorneys for Plaintiff Tom Koch*

Trevor J. Hatfield
Hatfield & Associates
703 S. 8th Street
Las Vegas, NV  89101
*Attorneys for Plaintiff Heather Shoenwald*

DATED this 19th day of September, 2023.

*/s/ Monica Gonzalez*
An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3