Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendants Unum Group and
Colonial Life & Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER SCHOENWALD, an individual; TOM KOCH, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10, <br><br> Defendants. | Case No.:  2:20-cv-01948-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF HEATHER SCHOENWALD'S CLAIMS WITH PREJUDICE** |

     IT IS HEREBY STIPULATED by and between Defendants Unum Group ("Defendant Unum") and Colonial Life & Accident Insurance Company ("Defendant Colonial Life") (collectively the "Defendants") and Plaintiff Heather Schoenwald ("Plaintiff Schoenwald"), by and through their counsel of record, that all claims Plaintiff Schoenwald had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

DATED this 24th day of April, 2024.

HATFIELD AND ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield
Nevada Bar No. 7373
703 S. 8th Street
Las Vegas, 89101
*Attorneys for Plaintiff Heather Schoenwald*

DATED this 24th day of April, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorney for Defendants Unum Group and Colonial Life & Accident Insurance Company*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

April 25, 2024
DATE

2