**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOM KOCH, | Case No.: 2:20-cv-01948-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| UNUM GROUP, et al., | |
| Defendants | |

In light of the Ninth Circuit's decision remanding this case for trial (ECF No. 81),

I ORDER the parties to file a proposed joint pretrial order by February 13, 2026.

DATED this 13th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE