**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOM KOCH, | Case No.: 2:20-cv-01948-APG-BNW |
| Plaintiff | **Order Denying Stipulation** |
| v. | |
| UNUM GROUP, et al., | |
| Defendants | |

The parties have stipulated to extend time to file the proposed joint pretrial order to February 27, 2026.  I deny the stipulation because I already ordered the parties to either submit a proposed joint pretrial order by March 4, 2026 or the defendants' counsel must show cause why sanctions should not be entered against them and their client. ECF No. 88.

I THEREFORE ORDER that the parties' stipulation (ECF No. 89) is DENIED.

DATED this 19th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE