Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendants Unum Group and*
*Colonial Life & Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TOM KOCH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNUM GROUP, a Foreign Corporation; COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, A SUBSIDIARY OF UNUM GROUP, a Foreign Corporation; SCOTT WEBB, an individual; DOES 1 through 10; ROE CORPORATIONS, 1 through 10,<br><br>Defendants. | Case No.:  2:20-cv-01948-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TOM KOCH CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Unum Group and Colonial Life & Accident Insurance Company (collectively "Defendants") and Plaintiff Tom Koch ("Plaintiff"), by and through their counsel of record, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

DATED this 10th day of June, 2026.

DATED this 10th day of June, 2026.

LAGOMARSINO LAW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Cory Ford

Andre M. Lagomarsino
Nevada Bar No. 6711
Cory Ford
Nevada Bar No. 15042
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV  89052
*Attorneys for Plaintiff Tom Koch*

/s/ Anthony L. Martin

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorney for Defendants Unum Group and Colonial Life & Accident Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

June 15, 2026
_____
DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

2

61857539.v1-OGLETREE